UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:20-cv-02575-RMB-MJS |
| | : |
| TURNERSVILLE CHICKEN, INC. | : |
| | : |
| Defendant. | : |
| _____ | : |

**NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, DENNIS MAURER, and with consent of Defendant, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of executing a settlement agreement and stipulated dismissal; with the expectation that those documents be executed within the next sixty days.

Dated: April 13, 2021

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St.
Vineland, NJ 08360
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of April, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.
